# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

138162

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

FRANK J. LOMBARDO,
      Plaintiff-Appellee,

v

KOUSAY ASKAR a/k/a CASEY ASKAR
and PITA FRANCHISE CORP.,
      Defendants-Appellants.

SC: 138162
COA: 289492
Macomb CC: 2008-005324-CK

_____/

      On order of the Court, the application for leave to appeal the December 29, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

0420

_____
Clerk